**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 23-21240-jrs |
| Melissa Kay Van Meter | } | |
| | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

## AMENDMENT TO CHAPTER 13 BANKRUPTCY PETITION

COMES NOW DEBTOR and amends Schedule H per attached, to reflect the Debtor's co-debtors.

DEBTOR also amends Schedules I and J as per attached, to reflect the Debtor's income and expenses.

WHEREFORE, Debtor prays that this Amendment be allowed, and for such other and further relief as the Court deems appropriate and just.

Respectfully submitted,

Dated: Friday, January 26, 2024

Saedi Law Group, LLC

_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 112
Atlanta, GA 30329
Phone: (404) 919-7296
Fax: (888) 850-1774
Lsaedi@saedilawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 23-21240-jrs |
| Melissa Kay Van Meter | } | |
| | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

## DECLARATION UNDER PENALTY OF PERJURY

I (We) declare under penalty of perjury that the foregoing is true and correct to the best of my (our) knowledge, information and belief.

Dated: Friday, January 26, 2024

      /s
Melissa Kay Van Meter



      /s

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 23-21240jrs |
| Melissa Kay Van Meter | } | |
| | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

**CERTIFICATE OF SERVICE**

The undersigned hereby swears or affirms that a copy of the foregoing Amendment to CHAPTER 13 Petition has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022:

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303
*Served via-ECF*

Melissa Kay Van Meter
34 Madaline Lane
Dawsonville, GA 30354
*Served via-USPS*

Dated: Friday, January 26, 2024


Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 112
Atlanta, Georgia 30329
Phone: (404) 919-7296
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

☒ MENDED

**Fill in this information to identify your case:**

Debtor 1: Melissa Kay Van Meter
_First Name_   _Middle Name_   _Last Name_

Debtor 2 (Spouse, if filing):
_First Name_   _Middle Name_   _Last Name_

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if know): 23-21240-jrs

☒ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt — Check all schedules that apply: |
|---|---|
| 3.1 Dustin James Van Meter — Name<br>34 Madaline Lane — Street<br>Dawsonville        GA    30534<br>City        State   ZIP Code | ☒ Schedule D, line 2.2<br>☐ Schedule E/F, line ____<br>☐ Schedule G, line ____ |

☒ **AMENDED**

**Fill in this information to identify your case:**

Debtor 1: Melissa Kay Van Meter
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 23-21240-jrs
(If known)

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Patient Care Tech | mFlow |
| Employer's name | Northside Hospital | merican Flow Services, LLC |
| Employer's address | 1000 Johnson Ferry Road NE<br>Number  Street<br><br>tlanta, G  30342<br>City  State  ZIP Code | 405 Derbyshire Court<br>Number  Street<br><br>Conyers, G  30094<br>City  State  ZIP Code |
| How long employed there? | 1 year 6 months | 1 year 10 months |

### Part 2: Give Details bout Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 3,018.49 | $ 3,466.67 |
| 3. **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. $ 3,018.49 | $ 3,466.67 |

Official Form 106I                      Schedule I: Your Income                                      page 1

Doc ID: 94452cd98bb91408e352e21c1908e0d5ff54cba7

☒ AMENDED

Debtor 1  Melissa Kay Van Meter
         First Name   Middle Name   Last Name

Case number (*if known*) __23-21240-jrs__

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ➔ | 4. | $ 3,018.49 | $ 3,466.67 |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 546.17 | $ 527.93 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 116.16 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 64.07 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: __Foundation__ | 5h. | + $ 10.83 | + $ 0.00 |
| __Shares__ | | $ 10.83 | $ |
| | | $ | $ |
| | | $ | $ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 748.06   $ 527.93

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 2,270.43   $ 2,938.74

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ 0.00
   
   8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00
   
   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00
   
   8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00
   
   8e. **Social Security**   8e.   $ 0.00   $ 0.00
   
   8f. **Other government assistance that you regularly receive**
   
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $ 0.00   $ 0.00
   
   8g. **Pension or retirement income**   8g.   $ 0.00   $ 0.00
   
   8h. **Other monthly income.** Specify: _____   8h.   + $ 0.00   + $ 0.00

9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 0.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 2,270.43   +   $ 2,938.74   =   $ 5,209.17

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    
    Specify: _____   11.   + $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ 5,209.17
    
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑ No.
    ☐ Yes. Explain:

Official Form 106I                   Schedule I: Your Income                   page **2**

Doc ID: 94452cd98bb91408e352e21c1908e0d5ff54cba7

**Fill in this information to identify your case:**

Debtor 1: Melissa Kay Van Meter

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 23-21240-jrs

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____ MM / DD / YYYY

☒ MENDED

## Official Form 106J
# Schedule J: Your Expenses          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   
   ☐ No
   ☒ Yes. Fill out this information for each dependent..........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 18 | ☐ No ☒ Yes |
| Child | 17 | ☐ No ☒ Yes |
| Child | 11 | ☐ No ☒ Yes |
| Child | 8 | ☐ No ☒ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 2,200.00

   If not included in line 4:
   4a. Real estate taxes     4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 15.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 0.00
   4d. Homeowner's association or condominium dues    4d. $ 0.00

Official Form 106J                    Schedule J: Your Expenses                    page 1

☒ MENDED

Debtor 1   Melissa Kay Van Meter
        First Name    Middle Name    Last Name

Case number *(if known)* 23-21240-jrs

| | | | Your expenses |
|---|---|---|---:|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 210.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 175.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 555.00 |
| | 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 696.17 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 75.00 |
| 10. | **Personal care products and services** | 10. | $ 75.00 |
| 11. | **Medical and dental expenses** | 11. | $ 144.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 173.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: _____ | 17c. | $ 0.00 |
| | 17d. Other. Specify: _____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

☒ MENDED

Debtor 1  Melissa Kay Van Meter   Case number (*if known*) 23-21240-jrs
First Name   Middle Name   Last Name

| | | |
|---|---|---|
| 21. **Other**. Specify:_____ | 21. | +$_____ 0.00 |
| _____ | | +$_____ |
| _____ | | +$_____ |
| 22. **Calculate your monthly expenses.** | | |
| 22a. Add lines 4 through 21. | 22a. | $_____ 4,518.17 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a | 22b. | $_____ |
| and 22b. The result is your monthly expenses. | 22c. | $_____ 4,518.17 |
| 23. **Calculate your monthly net income.** | | |
| 23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*. | 23a. | $_____ 5,209.17 |
| 23b.  Copy your monthly expenses from line 22c above. | 23b. | –$_____ 4,518.17 |
| 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $_____ 691.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

*Melissa Van Meter*

Official Form 106J                    **Schedule J: Your Expenses**                    page **3**

Doc ID: 94452cd98bb91408e352e21c1908e0d5ff54cba7

**Fill in this information to identify your case:**

Debtor 1: Melissa Kay Van Meter

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 23-21240-jrs (If known)

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................................. $ 0.00
   1b. Copy line 62, Total personal property, from *Schedule A/B* ...................................................... $ 24,925.00
   1c. Copy line 63, Total of all property on *Schedule A/B* ................................................................ $ 24,925.00

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 24,941.43

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... $ 0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ..................................... + $ 18,407.00

   **Your total liabilities**   $ 43,348.43

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................................. $ 5,209.17

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ............................................................................. $ 4,518.17

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1  Melissa Van Meter  Case number (*if known*) 23-21240-jrs
          First Name  Middle Name  Last Name

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  $ 6,485.16

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

# **Supplemental Matrix**

Dustin Van Meter
34 Madeline Lane
Dawsonville, GA 30534