# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **IN RE**: } | **CASE NUMBER** 23-21240-jrs |
| Melissa Kay Van Meter } | |
| } | |
| } | **CHAPTER** 13 |
| **DEBTOR** } | |

## NOTICE OF MOTION TO SUSPEND PAYMENTS, DEADLINE TO OBJECT AND FOR HEARING

**PLEASE TAKE NOTICE** that Debtor's counsel, Saedi Law Group LLC, has filed a *Moton to Suspend Payments* on September 10, 2024 and related papers with the Court seeking an order suspending debtor's trusee payments for 90 days.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion to Suspend Payments* at 9:40 A. M. on October 2, 2024, in

Courtroom 103, U.S. Courthouse, 121 Spring Street, SE, Gainesville, 30501.

which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also

file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is**:**

**Bankruptcy Clerk at U. S. Bankruptcy Court**, 121 Spring St. SE, Room 120, Gainesville, GA 30501.

You must also mail a copy of your response to the undersigned at the address stated below.

Respectfully submitted,

Dated: Tuesday, September 10, 2024
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
Saedi Law Group, LLC
3411 Pierce Dr
Atlanta, GA 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | **CASE NUMBER** 23-21240-jrs |
| Melissa Kay Van Meter | } | |
| | } | |
| | } | **CHAPTER** 13 |
| **DEBTOR** | } | |

## MOTION TO EXCUSE CHAPTER 13 PLAN PAYMENTS

Comes now Debtor and respectfully requests that debtor's Chapter 13 Plan payments be suspended for ninety (90) days, and shows the Court as follows:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

This case was commenced by the filing of a Voluntary Petition for relief in bankruptcy under Chapter 13 of Title 11 of the United States Code on 11/02/2023.

5.

The Debtor will have surgery on October 2, 2024, which will require a period of FMLA for recovery (**see Exhibit A**).

6.

Debtor asserts that a suspension of the Chapter 13 payments for 90 days will allow debtor the opportunity to meet their monthly obligations. Debtor will resume the Chapter 13 Plan Payment at the end of the 90 day period if this motion is allowed.

7.

Debtor offers adequate protection to their creditors in that the Chapter 13 Plan payment will be increased, if necessary, to make up for any suspended payments and to comply with the terms of the Bankruptcy Code.

WHEREFORE, Debtor prays that this Motion be allowed and for such other and further relief as this Court deems equitable and just.

Respectfully submitted,

Dated: Tuesday, September 10, 2024
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
Saedi Law Group, LLC
3411 Pierce Dr
Atlanta, GA 30341
Phone: 404-919-7296

Fax: 470-329-0016
Lsaedi@SaediLawGroup.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | **CASE NUMBER** 23-21240-jrs |
| Melissa Kay Van Meter | } | |
| | } | |
| | } | **CHAPTER** 13 |
| **DEBTOR** | } | |

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I electronically filed the ***Motion to Suspend Payments*** using the Bankruptcy Court's Electronic Case Filing ("ECF") program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy Whaley, Chapter 13 Trustee was served via the ECF electronic mail noticing system

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

Melissa Kay Van Meter
34 Madaline Lane
Dawsonville, GA 30534

*The attached creditor matrix has been served by first-class United States mail.*

Dated: Tuesday, September 10, 2024
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
Saedi Law Group, LLC

3411 Pierce Dr
Atlanta, GA 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com

# EXHIBIT A

# Gynecology & Reproductive Surgery

**SURGERY INFORMATION**

A Northside Network Provider

**Patient:** Melissa Van Meter

**Surgery Date:** 10/02/2024

**Arrival Time:** 10:30 AM

**Surgery Time:** 12:30 PM

**Your surgery is scheduled at:**

✓ Northside Hospital Forsyth          ___ Surgical Care Center

1200 Northside Forsyth Drive          1800 Northside Forsyth Drive

Cumming, GA   30041                   Cumming, GA   30041

*Arrange for a friend or relative to drive you surgery and to drive you home after your procedure and plan to stay with you for the remainder of the day.

---

**Hospital Pre-Op:**   @ 1505 Northside Blvd, Suite 4000  Cumming, GA 30041

**DATE:** 9/23/24          **TIME:** 9:15 AM

*Please call **770-844-3285** if you need to change your hospital pre-op appointment date/time.

*You will be receiving a call from a phone assessment nurse from Northside to go over all of your medical history and medications. They will also do a Covid pre-screening by phone, they are not currently testing all patients prior to surgery.

---

The CPT code(s) for your surgery: 58571, 52332     **Estimated Time:** 2 hrs

You may contact your insurance company directly for a price estimate for the physician fee.

A price estimate card for the facility fee will be sent on your behalf, and your email address will be provided for an estimate to be emailed to you. You may also contact the facility at **404-851-8694**.

You may contact North Atlanta Anesthesia Professionals at **855-709-4535** for an estimate for the anesthesia fee.

You will be receiving a call from pre-registration to obtain demographic information, make payment arrangements and collect the down payment for the facility fee.

---

*Please fax/email any short-term disability or FMLA paperwork to **770-292-2671** or GRS@northside.com.  Please fill out your information prior to faxing to us.  **Please allow 5-7 business days for any forms to be completed.**

**Carla Roberts, M.D., Ph.D**
1800 Northside Forsyth Drive • Suite 380 • Cumming, Georgia 30041
o: (770) 292-2670 • f: (770) 292-2671

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-2<br>Case 23-21240-jrs<br>Northern District of Georgia<br>Gainesville<br>Tue Sep 10 12:48:04 EDT 2024 | 1st Franklin Financial<br>Po Box 187<br>Dahlonega, GA 30533-0004 | 1st Franklin Financial Corporation<br>PO Box 880<br>Toccoa, GA 30577-0880 |
| 1st Franklin Financial Corporation<br>Attn: Administrative Services<br>PO Box 880<br>Toccoa, GA 30577-0880 | Ark Homes for Rent<br>1170 Kane Concourse Ste 400<br>Miami, FL 33154-2006 | Avante<br>2950 S Gessner<br>Houston, TX 77063-3751 |
| Cap1/Wmt<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One<br>Po Box 85064<br>Glen Allen, VA 23058 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Citi<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | Crdtonebnk<br>Attn: Account Services<br>Las Vegas, NV 89193 | Dustin Van Meter<br>34 Madeline Lane<br>Dawsonville, GA 30534-6657 |
| First Investors Servicing<br>C/O PERITUS PORTFOLIO SERVICES, II LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Gs Bank Gm<br>200 West Street<br>New York, NY 10282-2102 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)LOCKHART MORRIS & MONTGOMERY INC<br>1401 N CENTRAL EXPY SUITE 201<br>RICHARDSON TX 75080-4681 |
| Midland Credit Management, Inc<br>PO Box 2037<br>Warren, MI 48090-2037 | Pink Dogwood 13, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Philip L. Rubin<br>Lefkoff Rubin Gleason Russo Williams PC<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 | Lorena Lee Saedi<br>Saedi Law Group, LLC<br>3411 Pierce Drive NE<br>Atlanta, GA 30341-2464 |
| Security Fin<br>Po Drawer 811<br>Spartanburg, SC 29304-0811 | Matthew Franklin Totten<br>The Totten Firm, LLC<br>Ste 106-33<br>2090 Dunwoody Club Dr.<br>Atlanta, GA 30350-5434 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| Upstfinwse<br>2950 South Delaware St.<br>San Mateo, CA 94403-2577 | Melissa Kay Van Meter<br>34 Madaline Lane<br>Dawsonville, GA 30534-6657 | W.S.Badcock Corporation<br>Post Office Box 724<br>Mulberry,FL 33860-0724 |

```
Nancy J. Whaley                        Daniel L. Wilder                       Windstream 486 HC-1116
Nancy J. Whaley, Standing Ch. 13 Trustee  Emmett L. Goodman, Jr., LLC         6716 Grade Lane
Suite 120, Truist Plaza Garden Offices  Suite 800                             BLDG 9 Ste 910
303 Peachtree Center Avenue             544 Mulberry Street                   Louisville, KY 40213-3439
Atlanta, GA 30303-1216                  Macon, GA 31201-2776


Ws Badcock
200 Nphosphate Bv
Mulberry, FL 33860-2328
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue          Internal Revenue Service              Lockhart,Morris & Mont
Attn: Bankruptcy Department            Attn: Bankruptcy Unit                 833 East Arapaho Rd
1800 Century Blvd NE, Ste 9100         Stop 225-D, PO Box 995                Richardson, TX 75081
Atlanta, GA 30345                      Atlanta, GA 30370
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)First Investors Servicing Corp.     (d)First Investors Servicing Corporation  (d)First Investors Servicing Corporation
c/o Peritus Portfolio Services II LLC  c/o Peritus Portfolio Services II LLC     c/o Peritus Portfolio Services II LLC
PO Box 141419                          PO Box 141419                             PO Box 141419
Irving, TX 75014-1419                  Irving, TX 75014-1419                     Irving, TX 75014-1419


(u)Quantum3 Group LLC as agent for CF Medical  (u)Transcendent Electra Management, LLC dba A   End of Label Matrix
                                                                                               Mailable recipients   33
                                                                                               Bypassed recipients    5
                                                                                               Total                 38
```