**IT IS ORDERED as set forth below:**



**Date: October 8, 2024**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | **CASE NUMBER** 23-21240-jrs |
| Melissa Kay Van Meter | } | |
| | } | |
| | } | **CHAPTER** 13 |
| **DEBTOR** | } | |

**ORDER ON DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS**

The above matter came before the Court on October 2, 2024, on Debtor's *Motion to Suspend Plan Payments* (the "Motion") [Docket No. 48]. No party filed a response or otherwise appeared in opposition to Debtor's Motion; therefore, it is hereby

**ORDERED** that the Motion is ***granted.*** Debtor's Chapter 13 plan payments shall be suspended for the months of October, November and December of 2024. Payments shall resume in January of 2025. If an

employment deduction order has been entered in this case, Debtor's employer is **ORDERED** to suspend such deductions for the months of October, November and December of 2024, and to resume the Chapter 13 plan payment deductions in January of 2025.

## END OF DOCUMENT

Presented By:

_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
Saedi Law Group, LLC
3411 Pierce Dr
Atlanta, GA 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com

No opposition:
_____/s/_____
Eric W. Roac
GA Bar # 143194
**With Express Permission**
Staff Attorney for
Chapter 13 Trustee
Nancy Whaley

## DISTRIBUTION LIST

Saedi Law Group, LLC
3411 Pierce Drive
Atlanta, Georgia 30341

US Trustee
75 Ted Turner Drive, Room 363
Atlanta, Georgia 30303

Chapter 13 Trustee
Nancy Whaley

Melissa Kay Van Meter
34 Madaline Lane
Dawsonville, GA 30534

Northside Hospital Inc.
1000 Johnson Ferry Rd NE
Atlanta, GA 30342