**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>MELISSA KAY VAN METER<br><br>Debtor(s) | Case No. G23-21240-JRS |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Nancy Whaley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/02/2023.

2) The plan was confirmed on 04/03/2024.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/13/2025, 07/24/2025, 08/20/2025.

5) The case was dismissed on 08/21/2025.

6) Number of months from filing or conversion to last payment: 17.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $7,497.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,418.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$7,418.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,232.55 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $520.97 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,753.52** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 1ST FRANKLIN FINANCIAL CORPORA | Secured | 6,410.00 | 6,606.43 | 6,606.43 | 1,330.43 | 363.00 |
| CAPITAL ONE BANK (USA), N.A. BY A | Unsecured | 461.00 | 472.82 | 472.82 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. BY A | Unsecured | 473.00 | 487.14 | 487.14 | 0.00 | 0.00 |
| FIRST INVESTORS SERVICING CORPC | Secured | 13,928.00 | 14,115.25 | 14,115.25 | 1,400.76 | 889.16 |
| LVNV  FUNDING, LLC | Unsecured | 1,523.00 | 1,523.79 | 1,523.79 | 0.00 | 0.00 |
| LVNV  FUNDING, LLC | Unsecured | 669.00 | 318.73 | 318.73 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, IN | Unsecured | NA | 547.84 | 547.84 | 0.00 | 0.00 |
| PINK DOGWOOD 13, LLC | Unsecured | 1,450.00 | 1,271.05 | 1,271.05 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 3,479.00 | 3,479.73 | 3,479.73 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 695.00 | 695.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,213.00 | 1,213.00 | 1,213.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,213.00 | 1,213.00 | 1,213.00 | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 1,516.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| W.S. BADCOCK CORPORATION | Secured | 4,407.00 | 4,407.05 | 4,407.05 | 473.73 | 207.40 |
| WINDSTREAM 486 HC-1116 | Unsecured | NA | 119.66 | 119.66 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,115.25 | $1,400.76 | $889.16 |
| All Other Secured | $11,013.48 | $1,804.16 | $570.40 |
| **TOTAL SECURED:** | **$25,128.73** | **$3,204.92** | **$1,459.56** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,341.76** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,753.52 |
| Disbursements to Creditors | $4,664.48 |
| **TOTAL DISBURSEMENTS:** | **$7,418.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/17/2025         By: /s/ Nancy Whaley
                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

**CERTIFICATE OF SERVICE**

Case No. G23-21240-JRS

I certify that on this day I caused a copy of this Trustee's Final Report to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s):**
MELISSA KAY VAN METER
8 IVEY HOLLOW CIRCLE
DAWSONVILLE, GA  30534

I further certify that I have on this day electronically filed the foregoing Trustee's Final Report using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
SAEDI LAW GROUP, LLC


This the 17th day of September, 2025.


/s/_____
   Nancy Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue
   Truist Garden Offices, Suite 120
   Atlanta, GA  30303
   678-992-1201


**UST Form 101-13-FR-S (09/01/2009)**