UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Melissa Kay Van Meter**
8 Ivey Hollow Circle,
Dawsonville, GA 30534

xxx−xx−5908

Case No.: **23−21240−jrs**
Chapter: **13**
Judge: **James R. Sacca**

## ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

_James R. Sacca_
James R. Sacca
United States Bankruptcy Judge

Dated: September 18, 2025

Form 176

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-21240-jrs |
| Melissa Kay Van Meter | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-8 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Sep 18, 2025 | Form ID: 176 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Melissa Kay Van Meter, 8 Ivey Hollow Circle,, Dawsonville, GA 30534-7919 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 20, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel L. Wilder | on behalf of Creditor 1st Franklin Financial Corporation dwilder@goodmanlaw.org bkydept@goodmanlaw.org;bkydept5@goodmanlaw.org |
| Lorena Lee Saedi | on behalf of Debtor Melissa Kay Van Meter Lsaedi@SaediLawGroup.com saedilawecfmail@gmail.com;4903@notices.nextchapterbk.com |
| Matthew Franklin Totten | on behalf of Creditor Transcendent Electra Management  LLC dba ARK Homes for Rent as agent for ET-4 Dawsonville LP mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Philip L. Rubin | on behalf of Creditor First Investors Servicing Corp. prubin@lrglaw.com |

District/off: 113E-8 User: bncadmin Page 2 of 2
Date Rcvd: Sep 18, 2025 Form ID: 176 Total Noticed: 1
TOTAL: 5